# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GLENYS ACOSTA, ARGENIS ARIAS, CARLOS ALAVA, ALVARO FLORES, KELVIN AVILA, and LAURA NEUQUE, individually and on behalf of all others similarly situated

*Plaintiff(s)*

v.

MIAMI PARKING INC. d/b/a MP PARKING, a Florida corporation, and MUNIR MALUF, individually

*Defendant(s)*

Civil Action No. 1:26-cv-28322-RAR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MIAMI PARKING INC. d/b/a MP PARKING
c/o Registered Agent: Mark A. Levy
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Maricé Guzman, Esq.
MGJustice Law Firm
66 W. Flagler St., Suite 900
Miami, Florida 33130
Telephone: (844) 337-7436
marice@mgjustice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
Clerk of Court

SUMMONS

Date: Nov 20, 2026

s/ K. Riles

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| GLENYS ACOSTA, ARGENIS ARIAS, CARLOS ALAVA, ALVARO FLORES, KELVIN AVILA, and LAURA NEUQUE, individually and on behalf of all others similarly situated<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:26-cv-28322-RAR |
| MIAMI PARKING INC. d/b/a MP PARKING, a Florida corporation, and MUNIR MALUF, individually<br>*Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MUNIR MALUF
66 N. Prospect Drive
Coral Gables, FL 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Maricé Guzman, Esq.
MGJustice Law Firm
66 W. Flagler St., Suite 900
Miami, Florida 33130
Telephone: (844) 337-7436
marice@mgjustice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Nov 20, 2026

*s/ K. Riles*

Deputy Clerk
U.S. District Courts